**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Robert Carter and Sabrina Anderson, individually and on behalf of all others similarly situated,**<br>*Plaintiffs,*<br>**v.**<br>**X.AI Corp. and MZX Tech LLC,**<br>*Defendants.* | § § § § § § § § § § § | Civil Action No. 2:26-cv-03257-BCL-cgc |

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendants X.AI Corp. and MZX Tech LLC ("Defendants") hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

a. Anderson, Sabrina (Plaintiff)

b. Carter, Robert (Plaintiff)

c. MZX Tech LLC (Defendant)

d. SpaceX Super Intelligence Corp. – formerly known as SpaceXAI Corp. and X.AI Corp. (Defendant)

e. Space Exploration Technologies Corp. ("SpaceX"), which is a publicly traded corporation (NASDAQ: SPCX)

f. SpaceX Super Intelligence Holdings LLC – formerly known as SpaceXAI Holdings LLC and X.AI Holdings LLC

g. CTC Property LLC

h. SpaceX Super Intelligence LLC – formerly known as SpaceXAI LLC and X.AI LLC

i. X Corp.

j. X Holdings Corp.

2.) the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

Space Exploration Technologies Corp. ("SpaceX"), which is a publicly traded corporation (NASDAQ: SPCX)

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

N/A.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Dated: November 5, 2026

Respectfully submitted,

*/s/ J. Matthew Rice*
J. Matthew Rice
KIRKLAND & ELLIS LLP
150 3rd Avenue South
Suite 1220
Nashville, Tennessee 37201
(629) 222-0165
(629) 222-0101
matthew.rice@kirkland.com

K. Winn Allen, P.C.*
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000
(202) 389-5200
winn.allen@kirkland.com

Kenton J. Skarin
Reid Coleman
SpaceX Super Intelligence Corp.
800 W. Cesar Chaves Street
Austin, TX 78701
kskarin@x.ai
rcoleman@x.ai

*Attorneys for X.AI Corp. and MZX Tech LLC*
**Pro Hac Vice Pending*

**CERTIFICATE OF SERVICE**

I, J. Matthew Rice, hereby certify that on November 5, 2026, I caused to be served a true and correct copy of Defendants' Certificate of Interested Persons and Corporate Disclosure Statement via electronic mail on the party listed below:

Mark P. Chalos (BPR#19328)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, Tennessee 37201
(615) 313-9000

*Attorney for Robert Carter and Sabrina Anderson*

/s/ J. Matthew Rice
J. Matthew Rice